AO91 (Rev. 5/85) Criminal Complaint

# United States District Court

## DISTRICT OF NEVADA

**UNITED STATES OF AMERICA**
V.

**BERNARDO MARTINEZ**

**CRIMINAL COMPLAINT**

CASE NUMBER:

MAG· 94-0201-M-LRL

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about **8/2/94** in **Clark** county, in the **District of Nevada** defendant(s), did:

wilfully, unlawfully, knowingly and with intent to avoid prosecution, travel in interstate commerce from Las Vegas, Nevada, to the state of California, after committing the violation of murder with a deadly weapon which is a felony under the laws of the state of Nevada revised statutes NRS 200.030.

in violation of Title **18** United States Code, Section(s) **1073**

I further state that I am a(n) **Special Agent** and that this complaint is based on the following facts:

On 8/11/94, LAS VEGAS METROPOLITAN POLICE Homicide Detective ROY CHANDLER advised that on or about 8/1/94, BERNARDO MARTINEZ violated the above-noted Nevada state law by murdering ALBERTO FERNANDEZ by stabbing him in the chest. It is believed by law enforcement that MARTINEZ fled the state of Nevada shortly after committing the murder by going to the state of California. MARTINEZ told witnesses in Las Vegas that he would travel to California to a friend's residence in San Fernando Valley, California, where he would attempt to earn money after which he would go to the state of Florida to avoid incarceration by law enforcement. On 8/11/94, an Arrest Warrant #94F06925X was issued charging MARTINEZ with one count of murder with a deadly weapon. At the time of the murder, MARTINEZ was being sought for resisting a police officer. All attempts to locate MARTINEZ in Las Vegas, Nevada, have met with negative results. Information provided by Det. CHANDLER indicates that MARTINEZ has fled the state of Nevada to avoid arrest and may presently be in California or Florida.

Continued on the attached sheet and made a part hereof: ☐ Yes ☐ No

_Signature of Complainant_
LYNN J. FERRIN
Special Agent, FBI
Las Vegas, Nevada

Sworn to before me and subscribed in my presence,
By_____

_____8/12/94_____ at **Las Vegas, Nevada**
Date                          City and State

_____            _____
Name & Title of Judicial Officer        Signature of Judicial Officer